IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| MARIO PETRUZZO,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HEALTHEXTRAS, INC.;<br>HEALTHEXTRAS BENEFITS<br>ADMINISTRATORS, INC.;<br>CATALYST HEALTH SOLUTIONS,<br>INC.; HEALTHEXTRAS INSURANCE<br>AGENCY, INC.; ALLIANT<br>INSURANCE SERVICES, INC.;<br>ALLIANT SERVICES HOUSTON,<br>INC.; ALLIANT INSURANCE<br>SERVICES HOUSTON, INC.; and<br>NATIONAL UNION FIRE<br>INSURANCE COMPANY,<br>　　　　　　　　　Defendants. | Civil Action No. 5:12-CV-113-FL<br><br><br><br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion to Stay Class Discovery and Set Briefing Schedule pending the Court's ruling on Plaintiff's Motion for Leave to File First Amended Complaint and to Join Additional Parties, Plaintiff and Defendant, Dkt. 88 (the "Motion to Amend"), and to extend the briefing deadlines so that Defendants' briefs in opposition to the Motion to Amend would be due on December 20, 2013, and Plaintiff's reply would be due on January 17, 2014. The Court has reviewed the motion and record in this matter and finds there is good cause to allow the motion.

It is therefore ORDERED that:

1)　Class discovery and all other deadlines under the current Case Management Order, Dkt. 82, are stayed pending the Court's resolution of the Motion to Amend;

2) Defendants shall have until December 20, 2013, to file their responses to the Motion to Amend;

3) Plaintiff shall have until January 17, 2014, to file his reply in support of the Motion to Amend;

4) The stay granted hereby shall be deemed to maintain the current status quo of class discovery and preserve the parties' rights without prejudice until the Court's ruling on the Motion to Amend.

This the 27th day of ___November___, 2013.

_____
LOUISE W. FLANAGAN, U.S. District Judge