UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIO PETRUZZO; JEFFREY BUSH; ) <br> and KIMBERLY BUSH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMANY OF PITTSBURGH, PA, d/b/a ) <br> National Union Fire Insurance Company, a ) <br> member of American International Group, ) <br> Inc. (AIG); HEALTHEXTRAS, INC.; ) <br> CATAMARAN HEALTH SOLUTIONS, ) <br> LLC f/k/a Catalyst Health Solutions, Inc.; ) <br> ALLIANT INSURANCE SERVICES, INC.; ) <br> ALLIAN SERVICES HOUSTON, INC.; ) <br> VIRGINIA SURETY COMPANY, INC.; ) <br> and HEALTHEXTRAS, LLC, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br> No. 5:12-CV-113-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 22, 2015, and for the reasons set forth more specifically therein, that all claims arising in this case are dismissed where plaintiffs lack standing to sue any defendant in this action under Article III of the United States Constitution.

**This Judgment Filed and Entered on May 22, 2015, and Copies To:**
Edward H. Zebersky (via CM/ECF Notice of Electronic Filing)
Joseph H. Aughtman (via CM/ECF Notice of Electronic Filing)
Kenneth Jay Grunfield (via CM/ECF Notice of Electronic Filing)
Matthew L. Clark (via CM/ECF Notice of Electronic Filing)
Aaron C. Hemmings (via CM/ECF Notice of Electronic Filing)
Christopher J. Blake (via CM/ECF Notice of Electronic Filing)
Leslie Lane Mize (via CM/ECF Notice of Electronic Filing)
Matthew J. Splitek (via CM/ECF Notice of Electronic Filing)
Patrick J. Murphy (via CM/ECF Notice of Electronic Filing)
Charles E. Raynal, IV (via CM/ECF Notice of Electronic Filing)

Matthew Hilton Mall (via CM/ECF Notice of Electronic Filing)
Melanie Black Dubis (via CM/ECF Notice of Electronic Filing)
Heather Bell Adams (via CM/ECF Notice of Electronic Filing)
Matthew Patrick McGuire (via CM/ECF Notice of Electronic Filing)
Richard Anthony McAvoy (via CM/ECF Notice of Electronic Filing)
Christopher M. Assise (via CM/ECF Notice of Electronic Filing)
Theodore R. Scarborough (via CM/ECF Notice of Electronic Filing)
Phoebe Norton Coddington (via CM/ECF Notice of Electronic Filing)
Stacie Corbett Knight (via CM/ECF Notice of Electronic Filing)

May 22, 2015                         JULIE RICHARDS JOHNSTON, CLERK
                                      /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk